IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BEVERLY LENA MOORE FLEWELLEN,**  *Plaintiff*,  v.  **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**, *et al.*,  *Defendants.* | **CIVIL ACTION NO. 5:22-cv-00208-TES** |

**ORDER**

On June 8, 2022, the Clerk of Court received and docketed a Complaint [Doc. 1] for the above-captioned case, Case Number 5:22-cv-00208-TES. However, the Complaint was not accompanied by the Court's filing fee or an Application to Proceed in District Court Without Prepaying Fees or Costs.[1]

In order for this action to proceed, the Court must receive either the required $402 filing fee or a fully completed Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application") bearing this civil action number by **December 19, 2022**. The Court **DIRECTS t**he Clerk of Court to mail a copy of the Application to the address shown on the docket.

---

[1] *See* https://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.

Failure to fully and timely comply with this Order may result in the immediate dismissal of this case pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b) and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 5th day of December, 2022.

                                        S/ Tilman E. Self, III
                                        **TILMAN E. SELF, III, JUDGE**
                                        **UNITED STATES DISTRICT COURT**